UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ADRIAN SCOTT DOWER,<br><br>        Defendant. | CASE NO. CR02-00320 RSL<br><br>PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on an alleged violation of supervised release in this case on May 27, 2008. The United States was represented by Kelly Harris, and defendant was represented by Carol Koller. The proceedings were recorded on cassette tape.

## CONVICTION AND SENTENCE

Defendant had been convicted on or about August 21, 2003, on a charge of bank robbery. The Hon. Robert S. Lasnik of this court sentenced defendant to 48 months of imprisonment, followed by three years of supervised release.

## PRIOR VIOLATION AND REVOCATION

At the conclusion of serving his term of imprisonment, defendant was required to participate in the program of a Residential Reentry Center (RRC). In previous proceedings, defendant admitted he failed satisfactorily to participate in that program. The court revoked his supervised release; required him to serve 16 days in custody; and was then released on an additional 35 months of supervised release. One of the conditions of that supervision was that he serve up to 180 days at an RRC.

## PRESENTLY ALLEGED VIOLATION AND
## DEFENDANT'S ADMISSION OF THAT VIOLATION

1    In an application dated April 30, 2008, Supervising U.S. Probation Officer Kathi Jo Stringer

2  alleged that defendant violated the conditions of supervised release in the following respect.  He was

3  permitted to leave the RRC on April 29, 2008 to visit his psychiatrist and his state Community

4  Corrections Officer.  He did so, but then did not return immediately to the RRC facility.  He

5  absconded from supervision.

6    At the hearing on May 27, 2008, defendant admitted this alleged violation, waived any hearing

7  as to whether it occurred, and consented to having the matter set for a disposition hearing before Chief

8  Judge Lasnik.

9                    RECOMMENDED FINDINGS AND CONCLUSIONS

10    Based upon the foregoing, I recommend the court find that defendant has violated the

11  conditions of his supervised release in the respect alleged, and conduct a disposition hearing.  That

12  hearing has been scheduled for June 11, 2008.

13  Defendant has been detained pending a final determination by the court.

14    DATED this 27th day of May, 2008.

15

16                    _____

17                    JOHN  L. WEINBERG
                     United States Magistrate Judge

18

19

20  cc:      Sentencing Judge          :      Hon. Robert S. Lasnik
           Assistant U.S. Attorney    :      Kelly Harris
21         Defense Attorney           :      Carol Koller
           U. S. Probation Officer    :      Kathi Jo Stringer
22

23

24

25

26