CHIEF JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>  Plaintiff, </br></br> vs. </br></br> ADRIAN SCOTT DOWER, </br></br>  Defendant. | NO. CR 02-320 RSL </br></br> ORDER ON MOTION FOR PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION AND REPORT, AND DETERMINATION OF MENTAL COMPETENCY TO UNDERGO POST RELEASE PROCEEDINGS |

This matter, having come before the Court on the defendant's motion for a psychiatric or psychological examination of Adrian Scott Dower in order to determine his competency to proceed in the matter pending before this Court and for a hearing to determine Adrian Scott Dower's mental competency, pursuant to 18 U.S.C. § 4241(a), the Court having reviewed the files and records herein, and deeming itself fully advised hereby orders:

That a mental health examination shall be conducted, and a subsequent hearing shall be held to determine the defendant's competency to undergo post release proceedings.

Because FMC Rochester is familiar with Adrian Scott Dower, and has

ORDER ON MOTION FOR PSYCHIATRIC
OR PSYCHOLOGICAL EXAMINATION
AND REPORT . . . – 1
(Adrian Scott Dower; CR02-320RSL)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Ave., Suite 700
Seattle, WA 98101
(206) 553-1100

1  successfully stabilized his serious mental illness in the past, the Court strongly

2  recommends that the Bureau of Prisons designate FMC Rochester as the place at which

3  the mental health examination will be conducted.

4       DONE this 3rd day of June, 2008.

5

6

7                            Robert S. Lasnik
                          United States District Judge

8

9

10  Presented by:

11

12  s/ Carol Koller

13  Attorney for Adrian Scott Dower

14  WSBA #19685

15  Federal Public Defender

16  1601 Fifth Avenue, Suite 700

17  Seattle, WA 98101

18

19  206/553-1100

20  206/553-0120

21  carol_koller@fd.org

22

23

24

25

26

ORDER ON MOTION FOR PSYCHIATRIC
OR PSYCHOLOGICAL EXAMINATION
AND REPORT . . . – 2
(Adrian Scott Dower; CR02-320RSL)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Ave., Suite 700
Seattle, WA 98101
(206) 553-1100